# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>        Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:17-cv-02366-JAD-NJK<br><br>ORDER<br><br>(Docket No. 12) |

    Pending before the Court is a demand for security of costs, Docket No. 12, which is **GRANTED**. Plaintiff shall deposit a security for costs by January 15, 2018.

    IT IS SO ORDERED.

    DATED: January 8, 2018

                                        NANCY J. KOPPE
                                        United States Magistrate Judge