1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 5506
3  Patrick J. Davis, Esq.
   Nevada Bar No. 13330
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  pdavis@wrightlegal.net
   *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset
7  Backed Receivables LLC Trust 2007-BR3, Mortgage Pass-Through Certificates, Series 2007-
   BR3*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02366-JAD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**[First Request]**<br><br>ECF No. 20 |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-BR3, Mortgage Pass-Through Certificates, Series 2007-BR3, by and through its attorneys of record, Edgar C. Smith, Esq., and Patrick J. Davis, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant SFR Investments Pool 1, LLC by and through its attorneys of record Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Karen L. Hanks, Esq. of the law firm of Kim Gilbert Ebron hereby submit this Stipulation and

Proposed Order to Extend Deadline to Respond to Motion to Dismiss in accordance with LR IA 6-1.

Counsel for Plaintiff requires further time to fully address the complex legal issues set forth in SFR's Motion to Dismiss.

**IT IS HEREBY STIPUALTED BY AND BETWEEN THE PARITES** that the deadline currently scheduled for February 5, 2018, be extended until February 19, 2018.

This is the parties first request to extend the deadline. This request is not intended to cause any delay or prejudice to any party.

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| *s/ Patrick J. Davis, Esq.*   02/05/2018 | *s/ Diana S Ebron, Esq.,*   02/05/2018 |
| EDGAR C. SMITH, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 5506 | Nevada Bar No. 10580 |
| PATRICK J. DAVIS, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 13330 | Nevada Bar No. 10593 |
| *Attorneys for Plaintiff,* | KAREN L. HANKS, ESQ. |
| *Deutsche Bank National Trust Company,* | Nevada Bar No. 9578 |
| *As Trustee for Securitized Asset Backed* | *Attorneys for Defendant,* |
| *Receivables LLC Trust 2007-BR3, Mortgage* | *SFR Investments Pool 1, LLC* |
| *Pass-Through Certificates, Series 2007-BR3* | |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
February 7, 2018